Robert Linden Wilhite, Appellant, v. Sarah Jane Wilhite, Appellee.

Gen. No. 40,742.

opinion filed June 26, 1940. Walter Hamilton, for appellant; Albert Peterson, for appellee; Maurice M. Briggs, of counsel. Opinion by JUSTICE SCANLAN. "Not to be published in full."